IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERTO CHAIREZ, | § | |
| | § | |
| Movant, | § | |
| | § | |
| V. | § | NO. 3:24-CV-1294-M |
| | § | (NO. 3:20-CR-0495-M) |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**FINAL JUDGMENT**

Consistent with the memorandum opinion and order signed this date, the motion of Roberto Chairez under 28 U.S.C. § 2255 is **DENIED**.

**SO ORDERED** on this 7th day of **March, 2025**.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE